UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SINDI YOSMERI PEREZ ANDRES      CIVIL ACTION NO. 26-1389

     SECTION P

VS.

     JUDGE ROBERT R. SUMMERHAYS

TODD BLANCHE, ET AL.      MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Sindi Yosmeri Perez Andres's Fourth Amendment claim is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's remaining claims are **DENIED**.

LAFAYETTE, LOUISIANA, this __23rd__ day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE